IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 4:25-CR-00409 SRC RHH |
| | ) | |
| MICHAEL HUSEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>GOVERNMENT'S MOTION FOR FRYE HEARING</u>**

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Jillian S. Anderson, Assistant United States Attorney, and moves the Court to schedule a Frye Hearing in this case on a date prior to January 16, 2026.

The Government made a recommendation for pretrial disposition as follows:

If Mr. Huseman, on or before November 25, 2025, waives pretrial motions and enters a guilty plea pursuant to a written plea agreement in which he confesses the federal offense and the offenses charged in 24SL-CR04493 (the sexual abuse of P.M.) and if Mr. Huseman agrees to enter a guilty plea to the state charges in 24SL-CR04493 after his federal plea hearing, but before federal sentencing, then the government will forego any further prosecution of Mr. Huseman for any offenses relating to his abuse of P.M., obscenity or child pornography and will further agree to recommend a sentence of no more than twenty (20) years imprisonment, followed by lifetime supervised release and all appropriate restitution and assessments, including restitution to P.M. As noted, this agreement involves the Government foregoing additional charges related to the abuse of P.M. such as offenses in Chapter 117 or 109 of Title 18 of the U.S. Code.

This recommendation was premised upon Mr. Huseman's prompt acceptance of responsibility evidencing genuine remorse and a desire to rehabilitate. The Defendant has opted to reject this settlement offer. Additionally, the Defendant is, upon information and belief, proceeding with a deposition of the young child evidencing that he does not intend to readily accept responsibility.

The Government respectfully requests a hearing to confirm the Defendant's rejection of the government's settlement offer scheduled on a date prior to January 16, 2026.

Respectfully submitted,

THOMAS C. ALBUS
UNITED STATES ATTORNEY
*/s/ Jillian S. Anderson*
JILLIAN S. ANDERSON
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200
(314) 539-2309 FAX
jillian.anderson@usdoj.gov